NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER E. MORRIS,
DOC #C00512,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D18-1775

Opinion filed March 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Christopher E. Morris, pro se.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and BLACK and LUCAS, JJ., Concur.